THE PEOPLE OF THE STATE OF NEW YORK ex rel. ERIE RAILROAD COMPANY, Appellant, *v.* STATE TAX COMMISSION, Respondent.

Argued November 15, 1944; decided December 30, 1944.

*Pierre W. Evans* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Edward J. Grogan, Jr.,* and *Orrin G. Judd* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, CONWAY, DESMOND and THACHER, JJ. Dissenting: RIPPEY and LEWIS, JJ.